IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALICIA FERNANDEZ,

     Plaintiff,

v.                                                                    Civ. No. 24-329 KG/SCY

JOSEPH ROMERO and
JOHN DOES 1-10,

     Defendants.


ORDER FOR SUPPLEMENTAL BRIEFING

THIS MATTER comes before the Court on Defendant Joseph Romero's Motion to Dismiss, (Doc. 2), filed April 5, 2024.  Plaintiff Alicia Fernandez filed her response, (Doc. 9), May 7, 2024.  Defendant filed his reply, (Doc. 11), on May 20, 2024.  After considering the briefing, the Court orders supplemental briefing on the following two issues:

(1) If Defendant's Motion is granted as it relates to the § 1983 Equal Protection claim, whether the claim should be dismissed with or without prejudice; and

(2) If the § 1983 Equal Protection claim is dismissed with prejudice, whether this Court should exercise supplemental jurisdiction over the remaining claims.

The parties shall submit their supplemental briefings not exceeding ten (10) pages long no later than fourteen (14) days from the date of this order and.


IT IS SO ORDERED.

 

CHIEF UNITED STATES DISTRICT JUDGE