IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALICIA FERNANDEZ,

    Plaintiff,

v.                                                                                     Civ. No. 24-329 KG/SCY

JOSEPH ROMERO and
JOHN DOES 1–10,

    Defendants.

## ORDER OF REMAND

In a contemporaneously filed Memorandum Opinion and Order, (Doc. 17), the Court granted, in part, Defendant's Motion to Dismiss, (Doc. 2). In that Memorandum Opinion and Order, the Court dismisses Plaintiff's federal claims with prejudice and declines to exercise supplemental jurisdiction. For the reasons given therein, the Court REMANDS this case to the Eight Judicial District Court, County of Taos, State of New Mexico.

    IT IS SO ORDERED.

                                              /s/ KENNETH J. GONZALES[1]
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.